# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0452, <u>Kalika, LLC v. Boston & Maine Corporation & a.</u>, the court on August 10, 2015, issued the following order:**

Having considered the brief, memorandum of law, reply brief, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Kalika, LLC, appeals the order of the Superior Court (<u>McGuire</u>, J.) dismissing its complaint against the defendants, Boston & Maine Corporation and R. Matthew Cairns, Esq., arguing that its claims are not barred by the statute of limitations, collateral estoppel, res judicata, or waiver.

As the appealing party, the plaintiff has the burden of providing an adequate record for our review, <u>see</u> <u>Coyle v. Battles</u>, 147 N.H. 98, 100 (2001), and demonstrating reversible error, <u>see</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). We note that the plaintiff has failed to provide a copy of the complaint. Even if we were to assume that a copy of the complaint is not required to adequately review the plaintiff's claims of error, based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**